IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESSE JAMES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21-CV-1135 |
| | ) | |
| LEONTA JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE.**

Plaintiff proceeds pro se from his incarceration in Pontiac Correctional Center on Eighth Amendment claims of deliberate indifference to his serious medical needs. The case is in the process of discovery. Discovery closes December 20, 2021.

The Court has referred this case to the Pro Bono Coordinator to try to find pro bono counsel for Plaintiff, but pro bono counsel has not been found as of this writing. Plaintiff will have to proceed pro se at this time.

Plaintiff's claim in this case for lack of treatment for Hepatitis C has been dismissed as duplicative of Plaintiff's Hepatitis C claim in case 08-cv-2232 (CDIL), in which he is represented by counsel.

[7/8/21 text order.] The Wexford Defendants now move to dismiss this entire action, arguing that the only claim Plaintiff seeks to pursue in this case is about his Hepatitis C treatment.  Plaintiff has not responded to the motion to dismiss, but the lack of response is not grounds alone to grant the motion.  Marcure v. Lynn, 992 F.3d 625, 632 (7th Cir. 2021).

Plaintiff does refer to Hepatitis C in his filings, but his claims go beyond Hepatitis C.  Plaintiff essentially claims that Defendants have been deliberately indifferent to his pain and difficulty functioning, whatever the medical cause may be.  Plaintiff alleges that he is "suffering ongoing extreme pain in his lower side, lower abdomen, lower back, liver area, right lung, gallbladder area, and numbed right arm . . . constant dizziness, nausea, vomiting, fatigue, vague stomach pain, and constant severe headaches." [Mem. In Support of Prelim. Inj., d/e 31.]  He seeks a consult with a specialist for proper diagnosis and treatment of these issues, whatever that diagnosis might be.  These allegations are sufficient to state an Eighth Amendment claim for deliberate indifference to Plaintiff serious medical needs, even with the dismissal of the Hepatitis C claim.

The Wexford Defendants have also filed a motion to compel, arguing that Plaintiff has not responded sufficiently to interrogatories. Plaintiff has not responded to the motion to compel.

Many of Plaintiff's interrogatory responses essentially assert that Plaintiff cannot detail the factual basis for his claims because Defendants have not provided Plaintiff with the medical and grievance records Plaintiff has requested. Defendants assert that they have provided over 900 pages of medical records to Plaintiff. On September 30, 2021, Plaintiff's motion to compel was denied with leave to renew attaching a copy of the discovery requests Plaintiff had sent, but Plaintiff has not renewed that motion. [9/30/21 Order.] Plaintiff does not explain what documents he needs in order to give a substantive response to the interrogatories.

However, the Court has learned through its experience with pro se cases that often the best way to understand the factual basis for the claims is to take the pro se litigant's deposition. Plaintiff appears to have made a good faith attempt to answer the interrogatories, and compelling him to try again will not advance this case. If Plaintiff offers evidence at the summary judgment

stage which Plaintiff did not disclose during the discovery phase, Defendants may move to strike that evidence.

**IT IS ORDERED:**

**(1) The Wexford Defendants' motion to dismiss is denied. [74.]**

**(2) The Wexford Defendants' motion to compel discovery is denied. [76.]**

**(3) The Wexford Defendants' motion to extend the deadline for filing dispositive motions on exhaustion is granted. [78.] The deadline for dispositive motions on exhaustion is extended for all parties to November 17, 2021.**

ENTERED: 10/26/2021

                                                       **s/Tom Schanzle-Haskins**
                                                       TOM SCHANZLE-HASKINS
                                                       U.S. MAGISTRATE JUDGE